IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN ROBERT DEMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-820-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On August 20, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court deny plaintiff's motion for leave to proceed *in forma pauperis* and order plaintiff to pay the filing fee within twenty-one (21) days. Plaintiff was advised of his right to object to the Report and Recommendation by September 6, 2012. On August 31, 2012, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1)  ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on August 20, 2012;

(2)  DENIES plaintiff's motion for leave to proceed *in forma pauperis* [docket no. 5]; and

(3)  ORDERS plaintiff to pay the entire $350.00 filing fee within twenty-one (21) days of the date of this Order.

**IT IS SO ORDERED this 11th day of September, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE